No. 1,819.—STATE, Appellant, *v.* BOARD OF COUNTY COMMISSIONERS OF MADISON COUNTY, Respondent.

*Appeal from District Court, Madison County; M. H. Parker, Judge.*

Decided February 11, 1904.

PER CURIAM.—Upon motion of the appellant herein this appeal is hereby dismissed.

*Mr. James Donovan, Attorney General,* for the State.

*Mr. M. M. Duncan,* for Respondent.